IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LILLIAN ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:15-CV-670-WKW |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

On April 8, 2016, the Magistrate Judge filed a Recommendation in this case. (Doc. # 35.)  Plaintiff filed an Objection on April 22, 2016 (Doc. # 36), and Defendant filed a Reply (Doc. # 37).  The court has made a *de novo* determination of those portions of the Recommendation to which Plaintiff objects and has independently reviewed the file.  As set forth in the Recommendation, Defendant properly removed this action, and the court has subject-matter jurisdiction over Plaintiff's claims.  *See* 28 U.S.C. §§ 1332 and 1441.  Accordingly, it is ORDERED as follows:

    1.    Plaintiff's Objection (Doc. # 36) is OVERRULED;

    2.    The Recommendation (Doc. # 35) is ADOPTED;

    3.    The Motion to Remand (Doc. # 5) is DENIED; and

4.     This case is REFERRED back to the magistrate judge for further proceedings.

DONE this 16th day of May, 2016.

                                                       /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE