IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LILLIAN ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:15-CV-670-WKW |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On May 19, 2016, the Magistrate Judge entered a Report and Recommendation (Doc. # 40) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Report and Recommendation, it is ORDERED that the Report and Recommendation of the Magistrate Judge (Doc. # 40) is ADOPTED. It is further ORDERED that Plaintiff's Motion for Default Judgment (Doc. # 13) is DENIED.

DONE this 8th day of June, 2016.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE